IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                          Plaintiff,

    v.

CHRISTIAN PETERSON,

                          Defendant.

ORDER

12-cr-87-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The court's February 24, 2014 order, is amended as follows:

      IT IS ORDERED that all time between now and May 19, 2014 is excluded in computing the time within which the trial of this offense must commence to comply with the Speedy Trial Act, 18 U.S.C. § 3161. I find that such exclusion is justified under 18 U.S.C. § 3161(h)(3)(A) because of the unavailability of essential witnesses and also under 18 U.S.C. § 3161(h)(7)(A) because the continuance in this matter serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial. The defendant is entitled to the services of his retained counsel, to the time necessary for counsel to prepare his defense and to an opportunity to bring witnesses to trial. Neither side has shown any lack of due diligence in this matter.

1

In all other respects, the February 24, 2014 order remains unchanged.

Entered this 27th day of February, 2014.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge