IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | 12-cr-87-bbc |
| v. | |
| CHRISTIAN DENNIS PETERSON, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an undated letter received by the court on November 26, 2018, Bill McDonald, CEO of Greenwoods State Bank, proposed a potential resolution of the outstanding restitution obligation owed to the bank by defendant Christian Dennis Peterson. Because it is the responsibility of the United States to collect restitution for victims of criminal acts such as defendant's, I forwarded the letter to the United States Attorney, requesting the government's response to the proposal.

On December 3, 2018, Assistant United States Attorney Heidi Luehring wrote to the court, saying that the government had no specific objection to the bank's proposal. However, it wanted to make sure the bank understood that if the restitution order were modified to show that the order is satisfied and the lien released, the United States would have no authority to assist the bank if, at some later time, it was unable to collect the full amount of the money promised it by defendant. On the same day, the court received a revised

1

resolution of the November 26, 2018 letter from Mr. McDonald, with some additional safeguards for the bank. Dkt. #257.

On reflection and taking into account the caution voiced by the government, I am setting the matter on for a hearing, to make sure that there is a full understanding of the bank's proposal. At this time, the only evidence that the attorneys for the bank and the bank's board of directors have reached agreement on Mr. McDonald's proposal is his assertion to that effect. A court hearing would give him an opportunity to produce evidence to support that assertion and insure that the parties are in agreement about the proposed resolution.

ORDER

IT IS ORDERED that a hearing will be held in this case on Wednesday, December 19, 2018, at 1:00 p.m. If Mr. McDonald and counsel cannot be available at this time, they should consult with the clerk of court for an alternate date and time in December.

Entered this 4th day of December, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge